UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD NIKOONAHAD, ) | Case No.: 11-CV-01171-LHK |
| ) | |
| Plaintiff, ) | ORDER TO SHOW CAUSE WHY CASE |
| v. ) | SHOULD NOT BE REMANDED |
| ) | |
| GREENSPUN CORP., ET AL., ) | |
| ) | |
| Defendants. ) | |

Defendants removed this matter on March 10, 2011. On March 21, 2011, Plaintiff filed an administrative motion seeking immediate remand of this action to the Santa Clara County Superior Court. *See* Dkt. # 14. Normally, administrative motions are filed with respect to miscellaneous administrative matters (e.g., motions to exceed otherwise applicable page limitations), and not with respect to substantive motions. *See* Civ. L.R. 7-11. Here, however, Plaintiff submits that, on June 22, 2010, the Honorable Jeremey Fogel *already* remanded this case for lack of diversity jurisdiction. In addition, Plaintiff submits that their complaint has not changed, but what has changed is that the Santa Clara Superior Court denied Defendants' motion for summary judgment and assigned the case a May 23, 2011 trial date.

In these circumstances, where it appears that Defendants are acting solely for purposes of delay and without legal basis, the Court agrees with Plaintiff that it is necessary to promptly

1
Case No.: 11-cv-1171-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED

determine the propriety of Defendants' now-second removal in order to mitigate any delay in the Santa Clara County Superior Court.  Accordingly, **by 5:00 p.m., Friday, March 25, 2011**, Defendants shall file a response to this Order to Show Cause, not to exceed seven (7) pages.

**IT IS SO ORDERED.**

Dated: March 23, 2011

                                              *Lucy H. Koh*
LUCY H. KOH
United States District Judge